HOLLAND ET AL. *v.* HOGAN, DISTRICT
ATTORNEY, ET AL.

No. 653.   Decided June 17, 1968.

*Robert Abelow, Marshall C. Berger,* and *Donald J.
Williamson* for appellants.

*Frank S. Hogan, H. Richard Uviller,* and *Michael R.
Stack,* each *pro se,* and for Yasgur et al., *J. Lee Rankin,
Norman Redlich,* and *Stanley Buchsbaum* for Adler, and
*Louis J. Lefkowitz,* Attorney General of New York,
*pro se,* and *Samuel A. Hirshowitz,* First Assistant
Attorney General, and *Brenda Soloff,* Assistant Attorney
General, for Lefkowitz, appellees.

PER CURIAM.

The judgment is vacated and the case is remanded
to the United States District Court for further considera-
tion in light of *Gardner* v. *Broderick, ante,* p. 273, and
*George Campbell Painting Corp.* v. *Reid, ante,* p. 286.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of
the opinion that probable jurisdiction should be noted
and the case set for oral argument.